## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| DENISE ARB<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>　　　　　Defendants. | Case No. 4:16-cv-13005-TGB-DRG<br><br>District Judge Terrence G. Berg<br><br>Magistrate Judge David R. Grand |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Denise Arb and Defendant, The Prudential Insurance Company of America, by and through their respective undersigned attorneys, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE.  Further, each party will bear its own costs, expenses and attorneys' fees.

**DATED:  January 18, 2017**

| | |
|---|---|
| ___/s/ *Ilana S. Wilenkin*____ | _____/s/ *Ada W. Dolph.*_____ |
| Ilana S. Wilenkin<br>FELDHEIM & WILENKIN, P.C.<br>30300 Northwestern Highway, Suite 108<br>Farmington Hills, MI 48334-3255 | Ada W. Dolph<br>SEYFARTH SHAW LLP<br>131 S. Dearborn Street<br>Suite 2400<br>Chicago, IL  60603<br>Phone: (312) 460-5000<br>Fax: (312) 460-7000<br>Email: adolph@seyfarth.com |
| Attorney for Plaintiff | Attorney for Defendant |

## **ORDER**

In consideration of the Parties' Joint Stipulation of Dismissal, it is hereby ordered that the above captioned lawsuit is **DISMISSED WITH PREJUDICE**. Each party will bear its own costs, expenses and attorneys' fees.

s/Terrence G. Berg
**TERRENCE G. BERG**
UNITED STATES DISTRICT JUDGE

Dated:       January 18, 2017
             Flint, Michigan